# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Gwendolyn Riley
In Proper Person
547 West 103RD Street
Los Angeles CA 90044

Glenda Washington-Chereme
In Proper Person
1765 Haywood Street, Apt. 3
Simi Valley, CA  93065

## NOT  DESIGNATED  FOR  PUBLICATION

**REHEARING ACTION: December 14, 2011**

**Docket Number: 11   00560-CA**

**SUCCESSION OF BOOKER T. WASHINGTON, ET AL.**

**Appealed from Evangeline Parish Case No. 11170-B**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Jimmie C. Peters**
**Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gwendolyn Riley and Glenda Faye Washington-Chereme** has

this day been

**DENIED.**

cc: Reddex Washington, In Proper Person
    Nathaniel Riley, Jr., In Proper Person
    Samuel Washington, In Proper Person
    Arthur Ray Thomas, Counsel for the Appellee
    Willie Washington-Williams, In Proper Person
    Geraldine W. Williams, In Proper Person
    Sharon W. Lewis, In Proper Person
    Patricia Thomas, In Proper Person